UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re BOOKER T. WADE, JR.,<br><br>                Debtor. | Case No.: 14-CV-02351-LHK<br><br>ORDER TO SHOW CAUSE WHY APPEAL SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE |

      Booker T. Wade ("Appellant") filed a notice of appeal under 28 U.S.C. § 158(a) and Federal Rule of Bankruptcy Procedure 8001(a) from an order of the Bankruptcy Court entered May 7, 2014 captioned, "Order Denying Approval of Disclosure Statement." ECF No. 1. Appellant's notice of appeal was timely filed on May 21, 2014. *Id.* Also on May 21, 2014, the Clerk issued an order instructing the parties to perfect the record on appeal pursuant to Rules of Bankruptcy Procedure 8006 and 8007, and setting deadlines for the parties to file opening, opposition, and reply briefs. ECF No. 2. Since May 21, 2014, no action has been taken in this matter.

      The Court hereby orders Appellant to show cause why this case should not be dismissed for failure to prosecute. Appellant has until December 31, 2014 to file a response to this Order to Show Cause. A hearing on this Order to Show Cause is set for **January 8, 2015 at 1:30 P.M.** Appellant's failure to respond to this Order and to appear at the January 8, 2015 hearing will result in dismissal of this appeal for failure to prosecute.

1

1   **IT IS SO ORDERED.**

2

3   Dated: December 10, 2014

4   
_____
LUCY H. KOH
United States District Judge